## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *
*ex rel.* ADAM JOSEPHS,

                                 *

    *Plaintiff*,

                                 *

    v.                                   Civil No. 25-1477-SAG

                                 *

AMENTUM SERVICES, INC., *et al.*,

                                 *

    *Defendants.*

                                 *

*    *    *    *    *    *    *    *    *    *    *    *    *    *

## UNITED STATES OF AMERICA'S NOTICE OF
## INTERVENTION PURSUANT TO 28 U.S.C. § 2403(a)

Pursuant to 28 U.S.C. § 2403(a) and Federal Rule of Civil Procedure 24(a)(1), the United States exercises its statutory right to intervene in this matter for the limited purpose of defending the constitutionality of the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3729, *et seq*.

This is a False Claims Act *qui tam* suit in which the United States previously declined to intervene pursuant to 31 U.S.C. § 3730(b)(4)(B).  ECF No. 12.  On May 29, 2025, Defendants filed Motions to Dismiss, in which they challenge the constitutionality of the *qui tam* provisions of the False Claims Act.  ECF Nos. 46, 48, 49.  Also on May 29, 2025, Defendants filed a Notice of Constitutional Challenge pursuant to Federal Rule of Civil Procedure 5.1(a).  ECF No. 47.

Under 28 U.S.C. § 2403(a), the United States has an unconditional right to intervene in "any action … wherein the constitutionality of an Act of Congress affecting the public interest is drawn into question."  Under Federal Rule of Civil Procedure 24(a)(1), the Court must permit anyone to intervene who "is given an unconditional right to intervene by a federal statute."  Accordingly, the United States notifies the Court and the parties that the United States hereby intervenes in this action for the limited purpose of defending the constitutionality of the *qui tam*

provisions of the False Claims Act.  Fed. R. Civ. P. 5.1(c) sets a 60-day deadline for the United

States to respond.  As such, the deadline for the United States is July 28, 2025.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

_____/s/_____
Beatrice C. Thomas (Bar No. 21969)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
410-209-4848
beatrice.thomas@usdoj.gov

*Counsel for the United States of America*