**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **ADAM JOSEPHS** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **Civil Case No.: SAG-25-01477** |
| **v.** | * | |
| | * | |
| **AMENTUM SERVICES INC.,** *et al.* | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED

that Plaintiff's motion to compel participation in a Rule 26(f) conference, ECF 96, is DENIED AS

MOOT, and Defendants' motion for interlocutory appeal certification, ECF 93, is DENIED.

Date: January 23, 2026

_____/s/_____
Stephanie A. Gallagher
United States District Judge