**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ADAM JOSEPHS, <br><br> Plaintiff, <br><br> v. <br><br> AMENTUM SERVICES, INC. *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 1:25-cv-01477-SAG |

## JOINT STATUS REPORT

Relator Adam Josephs hereby respectfully submits this joint status report, with the consent of Defendants Amentum Services, Inc., URS Federal Services International, Inc., and Dallas Aviation Inc. (collectively with Relator, the "Parties," without Relator, "Defendants"). Per this Court's scheduling order docketed at ECF No. 102 (the "Scheduling Order"), on February 5, 2026, the Parties met and conferred and provide the following information:

- The Parties do not request any modifications of the Scheduling Order.

- The Parties are not jointly requesting an early settlement/ADR conference.

- The Parties do not have unanimous consent to proceed before a United States Magistrate Judge.

- The Parties conferred about the discovery of electronically stored information and anticipate submitting a stipulated proposed confidentiality order and a stipulated proposed claw-back order to the Court.

Dated:  February 6, 2026　　　　　Respectfully submitted,

**LAW OFFICE OF MAX RODRIGUEZ PLLC**

By:　*/s/ Max Rodriguez*
　　　　Max E. Rodriguez (admitted pro hac vice)
　　　　Bianca Beam (Bar ID 31709)
　　　　(signed by Max Rodriguez with permission of
　　　　Bianca Beam)

575 5th Avenue, 14th Floor
New York, NY 10017
Tel: (646) 741-5167
max@maxrodriguez.law
bianca@maxrodriguez.law

**JANOVE PLLC**

By:　*/s/ Raphael Janove*
　　　　Raphael Janove (Bar ID 31824)
　　　　(signed by Max Rodriguez with permission of
　　　　Raphael Janove)

500 7th Avenue, 8th Floor
New York, NY 10018
Tel: (646) 347-3940
raphael@janove.law

*Attorneys for Plaintiff-Relator Adam Josephs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 6, 2026 the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Max Rodriguez*
Max Rodriguez