

Raphael Janove
Shareholder

raphael@janove.law

www.janove.law
T 646-347-3940

500 7th Ave., 8th Fl.
New York, NY 10018

1617 John F. Kennedy Blvd., 20th Fl.
Philadelphia, PA 19103

979 Osos St., Ste. A5
San Luis Obispo, CA 93401

March 3, 2026

<u>VIA ECF</u>

The Honorable Stephanie A. Gallagher
United States District Court for the District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201

Re:  *Josephs v. Amentum Services, Inc., et al.*, No. 1:25-cv-01477-SAG

Dear Judge Gallagher:

I write on behalf of Plaintiff-Relator in this action in response to third-party TD Supply Specialists LLC ("TD Supply")'s letter requesting leave to move to quash the subpoena. ECF No. 104 (the "Motion").

The Motion, among other defects, is procedurally improper. TD Supply filed its Motion without first meeting and conferring with counsel for Plaintiff-Relator. *See* M.D. L. R. 104(7) ("Conference of Counsel Required" before filing a discovery motion). Instead, on March 2, 2026—the date it filed its Motion—TD Supply first emailed counsel for Plaintiff at 4:17 PM ET. *See* Ex. A at 3.  Before counsel even had an opportunity to respond, TD Supply filed its Motion at 8:59 PM ET. *See* Ex. B.

Thereafter, undersigned counsel promptly responded to TD Supply at 9:20 PM ET, requesting that TD Supply withdraw its motion because it had not yet met and conferred with Plaintiff. *See* Ex. A. at 2.[1] Plaintiff and TD Supply are now scheduled to meet and confer this Thursday, March 5, 2026. *See* Ex. A. at 1. TD Supply nonetheless refuses to withdraw its Motion.

Accordingly, Plaintiff requests that the Court deny TD Supply's Motion for failing to meet and confer with Plaintiff before filing it. To the extent the Parties' discussions are unable to resolve outstanding issues, TD Supply can then seek relief.

Plaintiff-Relator remains committed to meeting and conferring in good-faith regarding any and all discovery issues in this case.

Sincerely,

*/s/ Raphael Janove*
   Raphael Janove

*One of Attorneys for Plaintiff-Relator*

---

[1] Due to the difference in time zones between counsel, Plaintiff's email response in Exhibit A is displayed in 8:20 PM CT. But it was sent at 9:20 PM ET, after TD Supply filed its Motion.

CC: Counsel of record via ECF

Enclosures