# EXHIBIT A



**Re: Josephs v. Amentum Services, Inc., et al. Civ. No. 1:25-cv-01477 (D. Maryland)**

From Raphael Janove <raphael@janove.law>
Date Tue 3/3/2026 8:58 AM
To   Lynette Byrd <lsb@federal-lawyer.com>
Cc   michael@federal-lawyer.com <michael@federal-lawyer.com>; Bianca Beam <bianca@maxrodriguez.law>; Max Rodriguez <max@maxrodriguez.law>; Sasha Jones <sasha@janove.law>; Linda McNamara <linda@federal-lawyer.com>; Alex Castro <alex@maxrodriguez.law>

Lynette,

Because you will not withdraw your motion, we will file a short letter response advising the Court that the parties are scheduling a meet and confer.

Are you available Thursday at 3:00 pm ET?

Thanks.

**Raphael Janove**



---

**From:** Lynette Byrd <lsb@federal-lawyer.com>
**Sent:** Monday, March 2, 2026 9:24 PM
**To:** Raphael Janove <raphael@janove.law>
**Cc:** michael@federal-lawyer.com <michael@federal-lawyer.com>; Bianca Beam <bianca@maxrodriguez.law>; Max Rodriguez <max@maxrodriguez.law>; Sasha Jones <sasha@janove.law>; Linda McNamara <linda@federal-lawyer.com>; Alex Castro <alex@maxrodriguez.law>
**Subject:** Re: Josephs v. Amentum Services, Inc., et al. Civ. No. 1:25-cv-01477 (D. Maryland)

Raphael,

The letter specifically states that it is a pre-motion letter outlining our position. Michael and I will be glad to confer with you, and in fact, our letter states as such. Please provide your preferred days/times of availability, and Michael and I will do our best to coordinate to accommodate your schedule.

Regards,

Lynette S. Byrd
OBERHEIDEN P.C.
Telephone: (469) 955-3975
Fax: (972) 559-3365

The information contained in this e-mail message, including any attachments, may constitute privileged and confidential information intended only for the use of the individual or entity named as addressee. The review, dissemination, distribution, or copying of this communication by or to anyone other than the intended addressee is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of the original message. Thank you for your cooperation.

On Mon, Mar 2, 2026 at 8:20 PM Raphael Janove <raphael@janove.law> wrote:
> Hi Michael,
>
> I am co-counsel for Plaintiff-Relator. Max forwarded me the email below. We are happy to meet and confer to discuss the subpoena and its scope. Can you please provide your availability this week?
>
> In the meantime, I'm dismayed to see that you filed a motion for leave to quash the subpoena only a few hours after this email and before we even had a chance to respond. As you know, the District of Maryland requires a conference of counsel before filing discovery motions.
>
> To avoid Plaintiff-Relator responding to a premature motion, can you please advise the Court that you are withdrawing your motion for leave, and are setting up a time to meet and confer with us? To the extent we are unable to reach a resolution of the subpoena throughout the meet and conferral process, then motion practice can follow.
>
> Thanks.
>
> **RAPHAEL JANOVE**
> *Shareholder and Founding Member*
> He/Him/His
>
> 
>
> | 500 7th Avenue | 1617 John F. Kennedy Blvd. |
> |---|---|
> | 8th Floor | 20th Floor |
> | New York, NY 10018 | Philadelphia, PA 19103 |
>
> T 646-347-3940 | 215-267-0100
>
> raphael@janove.law
>
> www.janove.law
>
> This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachments from your system; you must not copy or disclose the contents or any attachments to any other person.
>
>
> Begin forwarded message:
>
>> **From:** Michael Leon <michael@federal-lawyer.com>
>> **Date:** March 2, 2026 at 4:17:32 PM EST
>> **To:** Max Rodriguez <max@maxrodriguez.law>
>> **Cc:** Lynette Byrd <lsb@federal-lawyer.com>, Linda McNamara <linda@federal-

lawyer.com>, Bianca Beam <bianca@maxrodriguez.law>
**Subject: Josephs v. Amentum Services, Inc., et al. Civ. No. 1:25-cv-01477 (D. Maryland)**

Hi Max,

I am writing in good faith to advise that we intend to move to quash the attached subpoena served on non-party TD Supply Specialists LLC in the above-referenced matter.

The subpoena is procedurally defective because it fails to designate a place of compliance, violates the mandatory geographic limitations set forth in Rule 45(c), and seeks discovery relating to claims the Court has already dismissed. In addition, most, if not all, of the requests seek documents that are not in TD Supply's possession or are no longer relevant given TD Supply's dismissal from this action.

I am available for the remainder of today and tomorrow to discuss this further and, if possible, avoid unnecessary motion practice.

Thank you,
Michael