## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Adam JOSEPHS,

     Plaintiff,

v.

AMENTUM SERVICES, INC., et al.,

     Defendants.

CASE NO. 1:25-cv-01477-SAG

### DECLARATION OF JENNIFER M. WOLLENBERG IN SUPPORT OF AMENTUM SERVICES, INC.'S AND URS FEDERAL SERVICES, INC.'S  OPPOSITION TO RELATOR'S MOTION TO COMPEL

I, Jennifer M. Wollenberg, declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am admitted *pro hac vice* to the Bar of this Court and am a partner with the law firm of Morgan, Lewis & Bockius LLP, attorneys for Amentum Services, Inc. ("Amentum Services") and URS Federal Services, Inc. ("URS") (collectively the "Amentum Defendants").

2.     I submit this declaration in support of the Amentum Defendants' opposition to Relator's motion to compel.  I base this declaration on my own personal knowledge, the files maintained by my law firm for this Action, and all other proceedings and papers in this Action.

3.     Below is an excerpt from Relator's March 6, 2026 interrogatory responses:

### GENERAL OBJECTIONS AND STATEMENT

These Objections are based on the information available to Relator as of the date stated and are correct to the best of Relator's current knowledge, information and belief, and after reasonable search and inquiry. There may be other information not now recognized by Relator as information responsive to the Interrogatories and not subject to an objection. Further, any references to the First Amended Complaint, ECF No. 63 ("FAC"), and allegations therein are made without waiver of any rights Relator has in this case, including but not limited to his right to seek leave to amend the FAC based on newly‑discovered evidence.

During a March 31, 2026 meet and confer, when asked to explain what Relator meant by "his right to seek leave to amend the FAC based on newly-discovered evidence," Relator's counsel said that the Court dismissed claims because Relator failed to plead them with particularity and Relator was reserving his right to use evidence uncovered through discovery to revive previously dismissed claims, including the "bid rigging" claims.

4.      On March 20, 2026, among other documents, the Amentum Defendants produced the thirty-plus purchase orders identified in their interrogatory responses, the requests for proposals associated with each of those 30-plus purchase orders, the bids received from Dallas Aviation and other approved vendors associated with each of those 30-plus purchase orders, the justifications of award documentation associated with each of those 30-plus purchase orders, prime contract FA 8051-20-D-0001, and Task Order No. FA805121F0058.

5.      Relator has not served a *Touhy* request on the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 9, 2026, in Washington, DC

Jennifer M. Wollenberg

2