**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Adam JOSEPHS,

     Plaintiff,

v.

AMENTUM SERVICES, INC., et al.,

     Defendants.

CASE NO. 1:25-cv-01477

**[PROPOSED] ORDER**

Relator's Motion to Compel, dated March 26, 2026, is hereby DENIED.

IT IS SO ORDERED.

This __ day of _____, 2026

 

_____
Honorable Stephanie A. Gallagher
United States District Judge