**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ADAM JOSEPHS | |
| Plaintiff, | |
| v. | Civil Action No.:  SAG-25-01477 |
| AMENTUM SERVICES, INC., et al. | |
| Defendant. | |

**ORDER**

As stated on today's recorded telephone conference, it is this 14th day of April, 2026,

ORDERED:

1.  Plaintiff-Relator's Motion for Extension of Time, ECF 109, is GRANTED;

2.  The following deadlines are modified as follows, subject to suspension or further modification if the motion to compel is refiled:

    • Plaintiff's Rule 26(a)(2) disclosures: April 24, 2026;
    • Defendant's Rule 26(a)(2) disclosures: May 22, 2026;
    • Plaintiff's rebuttal Rule 26(a)(2) disclosures: June 8, 2026;
    • Rule 26(e)(2) supplementation of disclosures and responses: June 15, 2026;
    • Discovery deadline; submission of status report: July 8, 2026;
    • Requests for admission: July 15, 2026;
    • Dispositive pretrial motions deadline: August 7, 2026.

3.  Plaintiff-Relator's Motion to Compel, ECF 115, is DENIED WITHOUT PREJUDICE, subject to refiling following a meet-and-confer which must be recorded for possible review by the magistrate judge.

_____/s/_____
Stephanie A. Gallagher
United States District Judge