**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ADAM JOSEPHS,<br><br>Plaintiff,<br><br>v.<br><br>AMENTUM SERVICES, INC., et al.<br><br>Defendants. | CIVIL ACTION NO. 1:25-cv-01477-SAG |

**DECLARATION OF BIANCA BEAM IN SUPPORT OF RELATOR'S PARTIAL OPPOSITION TO THE AMENTUM DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY IN FURTHER OPPOSITION TO RELATOR'S MOTION TO COMPEL**

I, Bianca Beam, hereby state and declare as follows:

1.    I am over eighteen years of age and competent to testify to the matters set forth in this Declaration.

2.    I am one of the attorneys representing the Plaintiff-Relator in the above-titled matter and make this Declaration in support of Plaintiff-Relator's partial opposition to the Amentum Defendants' Motion for Leave to File a Sur-reply addressed to Defendants Amentum Services, Inc., and URS Federal Services International Inc.

3.    A true and correct copy of an e-mail sent from counsel for Relator to counsel for defendants dated March 26, 2026, with the subject, "Re: Josephs v. Amentum et al. - Document Production" is attached hereto as **Exhibit A**.

1

2

4.    A true and correct copy of an e-mail sent from counsel for Relator to counsel for defendants dated April 7, 2026, with the subject, "Re: Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland) - URS' First RFP to Relator" is attached hereto as **Exhibit B**.

5.    A true and correct copy of an email sent from counsel for Relator to counsel for defendants dated April 17, 2026, with the subject, "Re: Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland) - URS' First RFP to Relator" is attached hereto as **Exhibit C**.

6.    A true and correct copy of an e-mail from counsel for the Amentum Defendants sent to counsel for Relator and counsel for Dallas Aviation dated April 22, 2026, with the subject, "Re: Motion to Compel (1st RFPs and 1st Interrogatories) - Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland)" is attached hereto as **Exhibit D**.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: May 1, 2026                By:    /s/  *Bianca Beam*
                                        Bianca Beam

2