EXHIBIT A

**Friday, May 1, 2026 at 10:03:22 AM Eastern Daylight Time**

---

**Subject:** Re: Josephs v. Amentum et al. - Document Production

**Date:** Thursday, March 26, 2026 at 6:11:12 PM Eastern Daylight Time

**From:** Max Rodriguez <max@maxrodriguez.law>

**To:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>

**CC:** Baruch, Douglas W. <douglas.baruch@morganlewis.com>, Raphael Janove <raphael@janove.law>, Bianca Beam <bianca@maxrodriguez.law>, Kelly Hollingsworth <kelly@familylaw-tx.com>, Allison Luttrell <aluttrell@familylaw-tx.com>

Jennifer,

I write regarding the Amentum Defendants' most recent production of documents.

First, despite our agreement to include standard metadata, you included none. Your production contains only the Natives and Images folders. To satisfy standard requirements, it should also include a Text folder, along with the necessary .dat and .opt load files. The failure to provide these standard elements of metadata prevent Relator's counsel from even uploading the production to a document review platform with metadata. When will Defendants correct its production?

Second, reviewing the production manually because it lacked the necessary metadata files, Amentum has produced only 425 documents. When will Plaintiff receive the next production?

Third, some 393 of those 425 documents were marked AEO, including a document that Plaintiff himself had signed. This reflects an overuse of the AEO classification, which should be used only sparingly. Please explain your use of this designation.

Fourth, you produced only 65 emails, and many of them were duplicates of one other. Additionally, over a third of these emails came from only three unique senders— Kasandra Saenz, Jacquelyn Briggs, and Cindy Gilbert. Accordingly, please provide which custodians you searched, and which search terms you used to locate relevant ESI.

Fifth, please advise whether you have searched other sources of ESI, such as slack, teams, or other instant messages platform, text messaging or messaging apps, or personal accounts or devices, unless you have confirmed they were not used for work.

Sixth, you produced many slip sheets that claimed to correspond to native files. However, at least 16 slip sheets are missing their associated native files. Please advise on when we can expect to receive said files.

Relator expects to substantially complete his production of responsive non-privileged documents tomorrow.

Thanks,

Max

---

**From:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>
**Date:** Friday, March 20, 2026 at 8:32 PM
**To:** Raphael Janove <raphael@janove.law>, Max Rodriguez <max@maxrodriguez.law>, Bianca Beam <bianca@maxrodriguez.law>, Kelly Hollingsworth <kelly@familylaw-tx.com>, Allison Luttrell <aluttrell@familylaw-tx.com>
**Cc:** Baruch, Douglas W. <douglas.baruch@morganlewis.com>
**Subject:** Josephs v. Amentum et al. - Document Production

Counsel –

Please see the attached letter.

Regards,

**Jennifer M. Wollenberg**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5313 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com

101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6697 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com
jennifer.wollenberg@morganlewis.com | www.morganlewis.com

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.