EXHIBIT C

**Friday, May 1, 2026 at 9:57:06 AM Eastern Daylight Time**

---

| | |
|---|---|
| **Subject:** | Re: Motion to Compel (1st RFPs and 1st Interrogatories) - Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland) |
| **Date:** | Friday, April 17, 2026 at 7:07:27 PM Eastern Daylight Time |
| **From:** | Max Rodriguez <max@maxrodriguez.law> |
| **To:** | Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com> |
| **CC:** | Brian Alpiger <balpiger@familylaw-tx.com>, Kelly Hollingsworth <kelly@familylaw-tx.com>, Allison Luttrell <aluttrell@familylaw-tx.com>, Baruch, Douglas W. <douglas.baruch@morganlewis.com>, Bianca Beam <bianca@maxrodriguez.law>, Sasha Jones <sasha@janove.law>, Raphael Janove <raphael@janove.law>, Alex Castro <Alex@maxrodriguez.law> |
| **Attachments:** | image006.png, image001.png, image002.png, image003.png, image004.png, image005.png, Re- Josephs v. Amentum et al. - Document Production.eml, Re- Josephs v. Amentum Services, Inc., No. 1-25-cv-01477 (D. Maryland) - URS' First RFP to Relator.eml |

Counsel,

We are available Wednesday at 10am EST. We will send a calendar invite.

In addition, I write to follow up on my March 27, 2026 email and my co-counsel's April 7, 2026 email (both reattached for your convenience) regarding deficiencies in or requests for clarification concerning the Amentum Defendants' productions. To date, we have received no substantive written response to either email, and the following issues remain unresolved and require response.

1. **Missing metadata**. Amentum's First and Second Production omitted the Text folder and the .dat and .opt load files necessary to upload the production to a document review platform with metadata, despite the parties' agreement to include standard metadata. Please confirm when Amentum will correct the production.
2. **Over-designation of AEO**. Approximately 393 of the 425 documents produced in the First Production were designated AEO, including a document Relator himself signed. Please explain the basis for this designation and confirm that Amentum will re-review and re-designate as appropriate.
3. **Emails**. Amentum produced in its First Production only 65 emails, many of which were duplicates, and over a third came from just three senders (Kasandra Saenz, Jacquelyn Briggs, and Cindy Gilbert). Please identify the custodians searched and the search terms used to locate responsive ESI.
4. **Other ESI sources**. We have received a handful of chat messages in Amentum's Third Production. Please identify which sources of ESI were searched to include these chats, and what search terms or custodians were used. Please also confirm whether Amentum has searched other sources of this kind of ESI, including Slack, Teams, or other instant-messaging platforms, text messages or messaging apps, and personal accounts or devices.

There is an additional point we wanted to raise.

5. **Contract Modifications**. There were at least 27 contract modifications under task order FA805121F0058. We have received only one. When will Amentum be producing all of the responsive contract documents including contract

1 of 5

modifications under task order FA805121F0058?

We hope to make progress on these issues next week as well. Please provide your written responses by Tuesday, April 21 in advance of the meet and confer to expedite the discussion.

Thanks and have a good weekend.

Best,
Max

---

**From:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>
**Date:** Friday, April 17, 2026 at 2:58 PM
**To:** Max Rodriguez <max@maxrodriguez.law>; Bianca Beam <bianca@maxrodriguez.law>; Sasha Jones <sasha@janove.law>; Raphael Janove <raphael@janove.law>; Alex Castro <Alex@maxrodriguez.law>
**Cc:** Brian Alpiger <balpiger@familylaw-tx.com>; Kelly Hollingsworth <kelly@familylaw-tx.com>; Allison Luttrell <aluttrell@familylaw-tx.com>; Baruch, Douglas W. <douglas.baruch@morganlewis.com>
**Subject:** RE: Motion to Compel (1st RFPs and 1st Interrogatories) - Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland)

Counsel –

Due to previously scheduled depositions in another matter and related travel plans, we are not available on Monday or Tuesday.  We are available on Wednesday morning after 9:30 AM ET.

Regards,

**Jennifer M. Wollenberg**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5313 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com

101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6697 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com
jennifer.wollenberg@morganlewis.com | www.morganlewis.com

    

**From:** Max Rodriguez <max@maxrodriguez.law>
**Sent:** Thursday, April 16, 2026 6:06 PM
**To:** Bianca Beam <bianca@maxrodriguez.law>; Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>; Sasha Jones <sasha@janove.law>; Raphael Janove <raphael@janove.law>; Alex Castro <Alex@maxrodriguez.law>
**Cc:** Brian Alpiger <balpiger@familylaw-tx.com>; Kelly Hollingsworth <kelly@familylaw-tx.com>;

Allison Luttrell <aluttrell@familylaw-tx.com>; Baruch, Douglas W. <douglas.baruch@morganlewis.com>
**Subject:** Re: Motion to Compel (1st RFPs and 1st Interrogatories) - Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland)

[EXTERNAL EMAIL]
Counsel,

Per Judge Gallagher's instruction, please let us know your availability for a final meet and confer concerning the motion to compel on Monday 4/20 or Tuesday 4/21.

Thanks,
Max

---

**From:** Bianca Beam <bianca@maxrodriguez.law>
**Date:** Monday, April 13, 2026 at 10:09 PM
**To:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>, Max Rodriguez <max@maxrodriguez.law>, Sasha Jones <sasha@janove.law>, Raphael Janove <raphael@janove.law>, Alex Castro <Alex@maxrodriguez.law>
**Cc:** Brian Alpiger <balpiger@familylaw-tx.com>, Kelly Hollingsworth <kelly@familylaw-tx.com>, Allison Luttrell <aluttrell@familylaw-tx.com>, Baruch, Douglas W. <douglas.baruch@morganlewis.com>
**Subject:** Re: Motion to Compel (1st RFPs and 1st Interrogatories) - Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland)

Counsel,

Please find attached Relator's reply brief, reply declaration, and additional exhibits on the motion to compel. Per the local rules, we will be filing the bundled motion papers for all parties shortly.

Best,

Bianca

**BIANCA BEAM**
Associate
(she/her/hers)



575 5th Avenue
14th Floor

New York, NY 10017

T 646-741-4252
bianca@maxrodriguez.law
www.maxrodriguez.law

This message is confidential and may be legally privileged or otherwise protected from disclosure.  If you are not the intended recipient, please telephone or email the sender and delete this message and any attachments from your system; you must not copy or disclose the contents or any attachments to any other person.

---

**From:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>
**Sent:** Thursday, April 9, 2026 10:26 PM
**To:** Max Rodriguez <max@maxrodriguez.law>; Sasha Jones <sasha@janove.law>; Raphael Janove <raphael@janove.law>; Alex Castro <Alex@maxrodriguez.law>; Bianca Beam <bianca@maxrodriguez.law>
**Cc:** Brian Alpiger <balpiger@familylaw-tx.com>; Kelly Hollingsworth <kelly@familylaw-tx.com>; Allison Luttrell <aluttrell@familylaw-tx.com>; Baruch, Douglas W. <douglas.baruch@morganlewis.com>
**Subject:** RE: Motion to Compel (1st RFPs and 1st Interrogatories) - Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland)

Counsel –

Please see the attached.

Regards,


**Jennifer M. Wollenberg**

**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541

Direct: +1.202.739.5313 | Main: +1.202.739.3000 | Fax: +1.202.739.3001

Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com


101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6697 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com
jennifer.wollenberg@morganlewis.com | www.morganlewis.com




---

**From:** Max Rodriguez <max@maxrodriguez.law>
**Sent:** Thursday, March 26, 2026 5:57 PM
**To:** Baruch, Douglas W. <douglas.baruch@morganlewis.com>; Wollenberg, Jennifer M.

<jennifer.wollenberg@morganlewis.com>
**Cc:** Sasha Jones <sasha@janove.law>; Brian Alpiger <balpiger@familylaw-tx.com>; Kelly Hollingsworth <kelly@familylaw-tx.com>; Alex Castro <Alex@maxrodriguez.law>; Bianca Beam <bianca@maxrodriguez.law>; Raphael Janove <raphael@janove.law>; Allison Luttrell <aluttrell@familylaw-tx.com>
**Subject:** Motion to Compel (1st RFPs and 1st Interrogatories) - Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland)

[EXTERNAL EMAIL]
Jennifer and Doug,

Pursuant to Local Rule 104.8, attached please find Relator's motion to compel and associated materials. Once the motion is fully briefed, including presumably Amentum and URS' opposition, and Relator's reply if needed, we will file the bundled motion materials with the court. When you serve your opposition, please do so in reply to this email for simplicity and ease of organization.


Thanks,
Max

**MAX RODRIGUEZ**
Principal and Founder
(he/him/his)


575 5th Avenue
14th Floor
New York, NY 10017

T 646-741-5167
max@maxrodriguez.law
www.maxrodriguez.law

This message is confidential and may be legally privileged or otherwise protected from disclosure.  If you are not the intended recipient, please telephone or email the sender and delete this message and any attachments from your system; you must not copy or disclose the contents or any attachments to any other person.
CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.

ATTACHMENT 1

**Friday, May 1, 2026 at 10:03:51 AM Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland) - URS' First RFP to Relator |
| **Date:** | Tuesday, April 7, 2026 at 3:02:44 PM Eastern Daylight Time |
| **From:** | Raphael Janove <raphael@janove.law> |
| **To:** | Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>, Max Rodriguez <max@maxrodriguez.law> |
| **CC:** | Baruch, Douglas W. <douglas.baruch@morganlewis.com>, Kelly Hollingsworth <kelly@familylaw-tx.com>, Allison Luttrell <aluttrell@familylaw-tx.com>, Alex Castro <Alex@maxrodriguez.law>, Bianca Beam <bianca@maxrodriguez.law> |
| **Attachments:** | image007.png, image010.png, image001.png, image002.png, image003.png, image004.png, image005.png, image006.png, Outlook-nxwq1e5h.png, Re: Josephs v. Amentum et al. - Document Production.eml |

Hi Jennifer,

I appreciate your understanding given my co-counsel's family member's hospitalization. We should reschedule the meet and confer soon.

However, before that, I ask that you please respond in writing to the points raised in my co-counsel's March 26, 2026 email to you (reattached for your convenience). I believe only the issue of the missing native documents has been resolved. We will then discuss this on the meet and confer, along with the issues you anticipate moving to compel on.

In addition, I understand that on the April 2, 2026, meet and confer, you confirmed that the Amentum Defendants had additional documents to produce. When will the Amentum Defendants produce their next set of documents and otherwise complete their document productions? Notably, the Amentum Defendants have still not produced documents showing what claims were submitted for reimbursement to the United States, nor how much the United States paid to Amentum for these subcontracts with Dallas Aviation.

Relatedly, Allison, when will Dallas Aviation produce its documents? To date, Dallas Aviation has still not produced a single document.

When Amentum and Dallas respond to these points (and the points in the March 26 email), please also send your availability for a meet and confer. We'll then send an invite for a mutually convenient time.

Thanks.

**Raphael Janove**



**From:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>
**Sent:** Sunday, April 5, 2026 2:09 PM
**To:** Max Rodriguez <max@maxrodriguez.law>
**Cc:** Raphael Janove <raphael@janove.law>; Baruch, Douglas W. <douglas.baruch@morganlewis.com>; Kelly Hollingsworth <kelly@familylaw-tx.com>; Allison Luttrell <aluttrell@familylaw-tx.com>; Alex Castro <Alex@maxrodriguez.law>; Bianca Beam <bianca@maxrodriguez.law>
**Subject:** RE: Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland) - URS' First RFP to Relator

Counsel –

Given that URS and Relator are still conferring on these issues, we understand that you are agreeing to extend the time for URS to serve a motion to compel at least until we have completed the conferral.  As previously discussed, it seems as if having a call to discuss the remainder of the issues is the most productive approach.  Please let us know your availability on Monday morning or Tuesday for the rescheduled conference.

Regards,

**Jennifer M. Wollenberg**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5313 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com

101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6697 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com
jennifer.wollenberg@morganlewis.com | www.morganlewis.com

    

**From:** Max Rodriguez <max@maxrodriguez.law>
**Sent:** Friday, April 3, 2026 8:28 AM
**To:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>
**Cc:** Raphael Janove <raphael@janove.law>; Baruch, Douglas W. <douglas.baruch@morganlewis.com>; Kelly Hollingsworth <kelly@familylaw-tx.com>; Allison Luttrell <aluttrell@familylaw-tx.com>; Alex Castro <Alex@maxrodriguez.law>; Bianca Beam <bianca@maxrodriguez.law>
**Subject:** Re: Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland) - URS' First RFP to Relator

[EXTERNAL EMAIL]
Jennifer,

Unfortunately I have to cancel our call scheduled this morning. I have a family member who was admitted to the hospital last night. Rafi is traveling so he is not available. I'm happy to receive any additional points you wanted to raise by email or we can schedule another call next week.

2 of 10

Thanks,
Max


Sent from my iPhone


On Mar 31, 2026, at 8:20 PM, Bianca Beam <bianca@maxrodriguez.law> wrote:


Jennifer,

Following our call earlier today, during which you said that the Amentum Defendants' production would still be accessible for download and would reflect there are no issues with the production, we were unable, after repeated attempts, to access the files using the link. The link only opens a web page that says "The system is currently inaccessible. Please try again later."

Please provide updated access to the Amentum Defendants' production.

Regards,

Bianca

**BIANCA BEAM**
Associate
(she/her/hers)



575 5th Avenue
14th Floor
New York, NY 10017

T 646-741-4252
bianca@maxrodriguez.law
www.maxrodriguez.law

This message is confidential and may be legally privileged or otherwise protected from disclosure.  If you are not the intended recipient, please telephone or email the sender and

delete this message and any attachments from your system; you must not copy or disclose the contents or any attachments to any other person.

**From:** Bianca Beam <bianca@maxrodriguez.law>
**Sent:** Monday, March 30, 2026 8:25 PM
**To:** Max Rodriguez <max@maxrodriguez.law>; Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>; Raphael Janove <raphael@janove.law>
**Cc:** Baruch, Douglas W. <douglas.baruch@morganlewis.com>; Kelly Hollingsworth <kelly@familylaw-tx.com>; Allison Luttrell <aluttrell@familylaw-tx.com>; Alex Castro <Alex@maxrodriguez.law>
**Subject:** Re: Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland) - URS' First RFP to Relator

All,

Enclosed please find:

1. Plaintiff's document production, accessible via the OneDrive link below:

 JOSEPHS_000001-JOSEPHS_006739 1.zip

2. Plaintiff's Responses and Objections to Dallas Aviations' First Set of Requests for Documents.

Please note that a privilege log and additional items will be provided under separate cover tomorrow.

Regards,

Bianca

**BIANCA BEAM**
Associate
(she/her/hers)

575 5th Avenue
14th Floor
New York, NY 10017

T 646-741-4252
bianca@maxrodriguez.law
www.maxrodriguez.law

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachments from your system; you must not copy or disclose the contents or any attachments to any other person.

**From:** Max Rodriguez <max@maxrodriguez.law>
**Sent:** Monday, March 30, 2026 3:16 PM
**To:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>; Raphael Janove <raphael@janove.law>; Bianca Beam <bianca@maxrodriguez.law>
**Cc:** Baruch, Douglas W. <douglas.baruch@morganlewis.com>; Kelly Hollingsworth <kelly@familylaw-tx.com>; Allison Luttrell <aluttrell@familylaw-tx.com>; Alex Castro <Alex@maxrodriguez.law>
**Subject:** Re: Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland) - URS' First RFP to Relator

Jennifer,

A couple points to clarify and make sure everyone's time will be well spent on any meet and confers.

First, if you are asking questions only about "Relator's" positions, I assume that will not include any discussion of the assertion of privilege, work-product, and common interest objections? As you know, the R&Os relayed the United States' objection on that basis as well.

Second, I can hear whatever your positions are (or your requests for clarity on any of Relator's positions) when we meet without prior notice of what they are, but I will then likely need to respond separately by writing or in a subsequent meet and confer once I have had a chance to consider what you'll be raising for the first time.

Third, you're entitled to take your positions of course, but as my colleague Rafi's email on March 6 indicated, Relator did not waive any objections to Amentum's requests.

If you think we can efficiently discuss whatever issues you intend to raise in addition to conferring with Dallas Aviation in the 12:30-1:30 block, we can consolidate the two, understanding that we will have to leave enough time to cover all topics on both fronts.

Max

---

**From:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>
**Date:** Monday, March 30, 2026 at 1:36 PM
**To:** Max Rodriguez <max@maxrodriguez.law>, Raphael Janove <raphael@janove.law>, Bianca Beam <bianca@maxrodriguez.law>
**Cc:** Baruch, Douglas W. <douglas.baruch@morganlewis.com>, Kelly Hollingsworth <kelly@familylaw-tx.com>, Allison Luttrell <aluttrell@familylaw-tx.com>
**Subject:** RE: Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland) - URS' First RFP to Relator

Counsel –

We are asking questions about **_Relator_**'s discovery responses and thus seek **_your_** availability for a meet and confer.

As to what we plan to inquire into, our primary focus is understanding the objections, the legal underpinnings for them, and what they mean in terms of documents and information that will not be searched for and/or withheld. We also want to discuss Relator's objection waiver given its late response to the RFPs and Relator's interrogatory verification.

We look forward to promptly conferring as soon as your schedule permits. Since the parties already are trying to arrange a meet and confer on discovery items this week, there is no reason to go through the trouble of looking for a separate time. The 12:30 to 1:30 ET window tomorrow that you provided in a separate email would work for us if it works for counsel for Dallas Aviation.

Regards,

**Jennifer M. Wollenberg**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5313 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com

101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6697 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com
jennifer.wollenberg@morganlewis.com | www.morganlewis.com

---

**From:** Max Rodriguez <max@maxrodriguez.law>
**Sent:** Monday, March 30, 2026 10:15 AM
**To:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>; Raphael Janove <raphael@janove.law>; Bianca Beam <bianca@maxrodriguez.law>
**Cc:** Baruch, Douglas W. <douglas.baruch@morganlewis.com>; Kelly Hollingsworth

<kelly@familylaw-tx.com>; Allison Luttrell <aluttrell@familylaw-tx.com>
**Subject:** Re: Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland) - URS' First RFP to Relator

[EXTERNAL EMAIL]
Please let us know in writing the anticipated topics and your position on those topics.

To the extent any of them implicate the United States' position that was communicated through our responses and objections, please confirm/clarify that so I am able to confer with the United States about its position on appearing for the meet and confer.

Once I have heard from you, we can schedule something with the appropriate parties.

---

**From:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>
**Date:** Friday, March 27, 2026 at 11:28 AM
**To:** Raphael Janove <raphael@janove.law>, Max Rodriguez <max@maxrodriguez.law>, Bianca Beam <bianca@maxrodriguez.law>
**Cc:** Baruch, Douglas W. <douglas.baruch@morganlewis.com>, Kelly Hollingsworth <kelly@familylaw-tx.com>, Allison Luttrell <aluttrell@familylaw-tx.com>
**Subject:** RE: Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland) - URS' First RFP to Relator
Counsel –

Please provide your availability on Monday, Tuesday, or Wednesday to meet and confer with respect to Relator's responses and objections to URS' First Requests for Production and First Interrogatories.

Regards,

**Jennifer M. Wollenberg**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5313 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com

101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6697 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com
jennifer.wollenberg@morganlewis.com | www.morganlewis.com

---

**From:** Raphael Janove <raphael@janove.law>

**Sent:** Friday, March 6, 2026 2:44 PM
**To:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>; Max Rodriguez <max@maxrodriguez.law>; Bianca Beam <bianca@maxrodriguez.law>; Sasha Jones <sasha@janove.law>; Alex Castro <Alex@maxrodriguez.law>
**Cc:** Baruch, Douglas W. <douglas.baruch@morganlewis.com>; Brian Alpiger <balpiger@familylaw-tx.com>; Kelly Hollingsworth <kelly@familylaw-tx.com>; Madison Easterlin <MEasterlin@familylaw-tx.com>; Allison Luttrell <aluttrell@familylaw-tx.com>
**Subject:** Re: Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland) - URS' First RFP to Relator

[EXTERNAL EMAIL]
Hi Jennifer,

Please see attached Relator's R&Os to the Amentum Defendants' First RFPs and Rogs.

Your assumption is incorrect. We regret the one-day delay in serving objections to the RFPs. This was due to an inadvertent calendaring error stemming from the fact that the Amentum Defendants served their RFPs and Rogs one day apart.

Best,

**Raphael Janove**



---

**From:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>
**Sent:** Friday, March 6, 2026 11:44 AM
**To:** Max Rodriguez <max@maxrodriguez.law>; Raphael Janove <raphael@janove.law>; Bianca Beam <bianca@maxrodriguez.law>; Sasha Jones <sasha@janove.law>; Alex Castro <Alex@maxrodriguez.law>
**Cc:** Baruch, Douglas W. <douglas.baruch@morganlewis.com>; Brian Alpiger <balpiger@familylaw-tx.com>; Kelly Hollingsworth <kelly@familylaw-tx.com>; Madison Easterlin <MEasterlin@familylaw-tx.com>; Allison Luttrell <aluttrell@familylaw-tx.com>
**Subject:** RE: Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland) - URS' First RFP to Relator

Counsel –

8 of 10

Because we did not receive service of responses or objections to the attached RFPs within the 30-day deadline, we assume Relator is producing all documents responsive to these requests. If that assumption is not correct, please provide a prompt explanation.

Regards,


**Jennifer M. Wollenberg**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5313 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com

101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6697 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com
jennifer.wollenberg@morganlewis.com | www.morganlewis.com

---

**From:** Wollenberg, Jennifer M.
**Sent:** Tuesday, February 3, 2026 11:08 PM
**To:** Max Rodriguez <max@maxrodriguez.law>; Raphael Janove <raphael@janove.law>; Bianca Beam <bianca@maxrodriguez.law>; Sasha Jones <sasha@janove.law>; Alex Castro <Alex@maxrodriguez.law>
**Cc:** Baruch, Douglas W. <douglas.baruch@morganlewis.com>; Brian Alpiger <balpiger@familylaw-tx.com>; Kelly Hollingsworth <kelly@familylaw-tx.com>; Madison Easterlin <MEasterlin@familylaw-tx.com>; Allison Luttrell <aluttrell@familylaw-tx.com>
**Subject:** Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland) - URS' First RFP to Relator

Counsel –

Please find attached URS Federal Services International, Inc.'s First Request for Production to Relator, which is being served via this email per Relator's prior written consent.

Regards,

**Jennifer M. Wollenberg**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5313 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com

101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6697 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com
jennifer.wollenberg@morganlewis.com | www.morganlewis.com

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our [Privacy Policies and Notices](). If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.

ATTACHMENT 1A

**Friday, May 1, 2026 at 10:19:51 AM Eastern Daylight Time**

---

**Subject:** Re: Josephs v. Amentum et al. - Document Production

**Date:** Thursday, March 26, 2026 at 6:11:12 PM Eastern Daylight Time

**From:** Max Rodriguez <max@maxrodriguez.law>

**To:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>

**CC:** Baruch, Douglas W. <douglas.baruch@morganlewis.com>, Raphael Janove <raphael@janove.law>, Bianca Beam <bianca@maxrodriguez.law>, Kelly Hollingsworth <kelly@familylaw-tx.com>, Allison Luttrell <aluttrell@familylaw-tx.com>

Jennifer,

I write regarding the Amentum Defendants' most recent production of documents.

First, despite our agreement to include standard metadata, you included none. Your production contains only the Natives and Images folders. To satisfy standard requirements, it should also include a Text folder, along with the necessary .dat and .opt load files. The failure to provide these standard elements of metadata prevent Relator's counsel from even uploading the production to a document review platform with metadata. When will Defendants correct its production?

Second, reviewing the production manually because it lacked the necessary metadata files, Amentum has produced only 425 documents. When will Plaintiff receive the next production?

Third, some 393 of those 425 documents were marked AEO, including a document that Plaintiff himself had signed. This reflects an overuse of the AEO classification, which should be used only sparingly. Please explain your use of this designation.

Fourth, you produced only 65 emails, and many of them were duplicates of one other. Additionally, over a third of these emails came from only three unique senders— Kasandra Saenz, Jacquelyn Briggs, and Cindy Gilbert. Accordingly, please provide which custodians you searched, and which search terms you used to locate relevant ESI.

Fifth, please advise whether you have searched other sources of ESI, such as slack, teams, or other instant messages platform, text messaging or messaging apps, or personal accounts or devices, unless you have confirmed they were not used for work.

Sixth, you produced many slip sheets that claimed to correspond to native files. However, at least 16 slip sheets are missing their associated native files. Please advise on when we can expect to receive said files.

Relator expects to substantially complete his production of responsive non-privileged documents tomorrow.

Thanks,
Max

---

**From:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>
**Date:** Friday, March 20, 2026 at 8:32 PM
**To:** Raphael Janove <raphael@janove.law>, Max Rodriguez <max@maxrodriguez.law>,
Bianca Beam <bianca@maxrodriguez.law>, Kelly Hollingsworth <kelly@familylaw-tx.com>,
Allison Luttrell <aluttrell@familylaw-tx.com>
**Cc:** Baruch, Douglas W. <douglas.baruch@morganlewis.com>
**Subject:** Josephs v. Amentum et al. - Document Production

Counsel –

Please see the attached letter.

Regards,

**Jennifer M. Wollenberg**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5313 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com

101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6697 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com
jennifer.wollenberg@morganlewis.com | www.morganlewis.com

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.

ATTACHMENT 2

**Friday, May 1, 2026 at 10:19:51 AM Eastern Daylight Time**

**Subject:** Re: Josephs v. Amentum et al. - Document Production

**Date:** Thursday, March 26, 2026 at 6:11:12 PM Eastern Daylight Time

**From:** Max Rodriguez <max@maxrodriguez.law>

**To:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>

**CC:** Baruch, Douglas W. <douglas.baruch@morganlewis.com>, Raphael Janove <raphael@janove.law>, Bianca Beam <bianca@maxrodriguez.law>, Kelly Hollingsworth <kelly@familylaw-tx.com>, Allison Luttrell <aluttrell@familylaw-tx.com>

Jennifer,

I write regarding the Amentum Defendants' most recent production of documents.

First, despite our agreement to include standard metadata, you included none. Your production contains only the Natives and Images folders. To satisfy standard requirements, it should also include a Text folder, along with the necessary .dat and .opt load files. The failure to provide these standard elements of metadata prevent Relator's counsel from even uploading the production to a document review platform with metadata. When will Defendants correct its production?

Second, reviewing the production manually because it lacked the necessary metadata files, Amentum has produced only 425 documents. When will Plaintiff receive the next production?

Third, some 393 of those 425 documents were marked AEO, including a document that Plaintiff himself had signed. This reflects an overuse of the AEO classification, which should be used only sparingly. Please explain your use of this designation.

Fourth, you produced only 65 emails, and many of them were duplicates of one other. Additionally, over a third of these emails came from only three unique senders— Kasandra Saenz, Jacquelyn Briggs, and Cindy Gilbert. Accordingly, please provide which custodians you searched, and which search terms you used to locate relevant ESI.

Fifth, please advise whether you have searched other sources of ESI, such as slack, teams, or other instant messages platform, text messaging or messaging apps, or personal accounts or devices, unless you have confirmed they were not used for work.

Sixth, you produced many slip sheets that claimed to correspond to native files. However, at least 16 slip sheets are missing their associated native files. Please advise on when we can expect to receive said files.

Relator expects to substantially complete his production of responsive non-privileged documents tomorrow.

1 of 2

Thanks,
Max

---

**From:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>
**Date:** Friday, March 20, 2026 at 8:32 PM
**To:** Raphael Janove <raphael@janove.law>, Max Rodriguez <max@maxrodriguez.law>, Bianca Beam <bianca@maxrodriguez.law>, Kelly Hollingsworth <kelly@familylaw-tx.com>, Allison Luttrell <aluttrell@familylaw-tx.com>
**Cc:** Baruch, Douglas W. <douglas.baruch@morganlewis.com>
**Subject:** Josephs v. Amentum et al. - Document Production

Counsel –

Please see the attached letter.

Regards,

**Jennifer M. Wollenberg**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5313 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com

101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6697 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com
jennifer.wollenberg@morganlewis.com | www.morganlewis.com

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.