EXHIBIT D

**Friday, May 1, 2026 at 10:07:34 AM Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | RE: Motion to Compel (1st RFPs and 1st Interrogatories) - Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland) |
| **Date:** | Wednesday, April 22, 2026 at 9:56:23 AM Eastern Daylight Time |
| **From:** | Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com> |
| **To:** | Max Rodriguez <max@maxrodriguez.law> |
| **CC:** | Brian Alpiger <balpiger@familylaw-tx.com>, Kelly Hollingsworth <kelly@familylaw-tx.com>, Allison Luttrell <aluttrell@familylaw-tx.com>, Baruch, Douglas W. <douglas.baruch@morganlewis.com>, Bianca Beam <bianca@maxrodriguez.law>, Sasha Jones <sasha@janove.law>, Raphael Janove <raphael@janove.law>, Alex Castro <Alex@maxrodriguez.law> |
| **Attachments:** | image006.png, image001.png, image002.png, image003.png, image004.png, image005.png |

Counsel –

The Amentum Defendants would like to move this case forward and proceed with an efficient and productive discovery process.  We are concerned that your email below and other recent discovery behavior suggests Relator does not share that same goal.  In an effort to advance this case, we explain below the basis for our concerns, respond to Relator's inquiries, and provide a suggestion for avoiding future disputes arising from conferrals.

We do not understand what you are trying to accomplish with your demand for a "substantive written response" and your claims that these issues have not been responded to and remain open given that (a) you previously demanded, and we provided, an oral response to your inquires, cutting short our previously scheduled time to discuss deficiencies with Relator's discovery responses, (b) we also have responded in writing to certain of your inquiries, and to some extent, responses you have received to separate inquiries to Dallas Aviation also provide "written" clarity to certain of your inquiries below, and (c) Relator already has raised these issues to the Court, both in a recent reply brief and during the recent status hearing.  Further, the Amentum Defendants made their first production of documents over a month ago, and yet Relator appears more interested in focusing on supposed deficiencies about technical aspects of the Defendants' productions rather than analyzing the substantial responsive documents and information already produced.  Nonetheless, in the interest of finally moving past these issues and forward in the case, please see the following:

1. You are mischaracterizing the parties' agreement with respect to a production protocol.  The only agreement among all the parties was that the productions would be bates-labeled.  This stems back to the parties' first discussion of this topic on February 5 when the Defendants suggested that a more streamlined and simplified production protocol would be appropriate in this case.  Then, on March 16, the parties discussed this topic again, and Defendants raised the question of whether all parties wanted to agree to a bates-labeled production.  You may recall that when the Defendants raised this question, you expressed surprise and admitted that you were unfamiliar with the local guidance that contemplates a natives-only production option and the local guidance expressing the importance of not burdening parties, like a small veteran-owned business such as Dallas Aviation, with the expense of having to engage a vendor to accomplish a production.  Ultimately, the parties agreed that they preferred a bates-labeled production, and that was the only agreement among all the parties.  Separately, the Amentum Defendants informed Relator that they would be willing to

provide standard metadata when producing custodial emails if Relator was prepared to do the same.  In making that offer, we specifically noted that we were speaking only on behalf of our clients—the Amentum Defendants—given the concerns about burdening Dallas Aviation with unnecessary expense.  You then made a comment about having similar concerns given that Relator is an owner of a small business, but then agreed to produce custodial emails with standard metadata.  All of the Amentum Defendants' productions have been made in accordance with this agreed-on protocol.

2. As discussed on February 5, Relator has alleged that the Amentum Defendants engaged in anticompetitive practices with its "subcontractors."  Given those allegations, the parties agreed to an attorneys' eyes only designation in the Protective Order.  The Amentum Defendants have attempted to make their productions in accordance with that Protective Order by designating Suppliest-specific documents or Dallas Aviation-specific documents as attorneys' eyes only since the Suppliest-specific documents are being produced to Dallas Aviation and vice versa.  To the extent Relator believes any such designation is unnecessary, the agreed-on Protective Order provides the mechanism to challenge the designation.

3. As is clear from the production cover letter and as previously explained to you, the Amentum Defendants' first productions were not of custodial emails.

4. We are not aware of any "other ESI sources" likely to have responsive and relevant information.

With respect to your new question regarding task order FA805121F0058 modifications, we'll look into it and get back to you.

Turning to our outstanding questions regarding Relator's discovery responses, when will Relator be providing his promised written follow-up, including his overdue privilege log?

Finally, given recent behavior by Relator, including his failure to coordinate deposition dates and failure to confer following motion to compel briefing, we would ask that you please ensure your familiarity with the local rules as we believe that will result in a smoother and more efficient discovery process.  And we believe that it would be prudent that, until further notice, future party conferences be recorded to avoid unnecessary misunderstandings and mischaracterizations of what occurred or was agreed on.  Please let us know if Relator will agree to and facilitate this.

Regards,

**Jennifer M. Wollenberg**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5313 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com

101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6697 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com
jennifer.wollenberg@morganlewis.com | www.morganlewis.com

    

**From:** Max Rodriguez <max@maxrodriguez.law>
**Sent:** Friday, April 17, 2026 7:07 PM
**To:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>
**Cc:** Brian Alpiger <balpiger@familylaw-tx.com>; Kelly Hollingsworth <kelly@familylaw-tx.com>; Allison Luttrell <aluttrell@familylaw-tx.com>; Baruch, Douglas W. <douglas.baruch@morganlewis.com>; Bianca Beam <bianca@maxrodriguez.law>; Sasha Jones <sasha@janove.law>; Raphael Janove <raphael@janove.law>; Alex Castro <Alex@maxrodriguez.law>
**Subject:** Re: Motion to Compel (1st RFPs and 1st Interrogatories) - Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland)

[EXTERNAL EMAIL]
Counsel,

We are available Wednesday at 10am EST. We will send a calendar invite.

In addition, I write to follow up on my March 27, 2026 email and my co-counsel's April 7, 2026 email (both reattached for your convenience) regarding deficiencies in or requests for clarification concerning the Amentum Defendants' productions. To date, we have received no substantive written response to either email, and the following issues remain unresolved and require response.

1. **Missing metadata**. Amentum's First and Second Production omitted the Text folder and the .dat and .opt load files necessary to upload the production to a document review platform with metadata, despite the parties' agreement to include standard metadata. Please confirm when Amentum will correct the production.

2. **Over-designation of AEO**. Approximately 393 of the 425 documents produced in the First Production were designated AEO, including a document Relator himself signed. Please explain the basis for this designation and confirm that Amentum will re-review and re-designate as appropriate.

3. **Emails**. Amentum produced in its First Production only 65 emails, many of which were duplicates, and over a third came from just three senders (Kasandra Saenz, Jacquelyn Briggs, and Cindy Gilbert). Please identify the custodians searched and the search terms used to locate responsive ESI.

4. **Other ESI sources**. We have received a handful of chat messages in Amentum's Third Production. Please identify which sources of ESI were searched to include these chats, and what search terms or custodians were used. Please also confirm whether Amentum has searched other sources of this kind of ESI, including Slack,

Teams, or other instant-messaging platforms, text messages or messaging apps, and personal accounts or devices.

There is an additional point we wanted to raise.

5. **Contract Modifications**. There were at least 27 contract modifications under task order FA805121F0058. We have received only one. When will Amentum be producing all of the responsive contract documents including contract modifications under task order FA805121F0058?

We hope to make progress on these issues next week as well. Please provide your written responses by Tuesday, April 21 in advance of the meet and confer to expedite the discussion.

Thanks and have a good weekend.

Best,
Max

---

**From:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>
**Date:** Friday, April 17, 2026 at 2:58 PM
**To:** Max Rodriguez <max@maxrodriguez.law>; Bianca Beam <bianca@maxrodriguez.law>; Sasha Jones <sasha@janove.law>; Raphael Janove <raphael@janove.law>; Alex Castro <Alex@maxrodriguez.law>
**Cc:** Brian Alpiger <balpiger@familylaw-tx.com>; Kelly Hollingsworth <kelly@familylaw-tx.com>; Allison Luttrell <aluttrell@familylaw-tx.com>; Baruch, Douglas W. <douglas.baruch@morganlewis.com>
**Subject:** RE: Motion to Compel (1st RFPs and 1st Interrogatories) - Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland)

Counsel –

Due to previously scheduled depositions in another matter and related travel plans, we are not available on Monday or Tuesday.  We are available on Wednesday morning after 9:30 AM ET.

Regards,

**Jennifer M. Wollenberg**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5313 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com

101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6697 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com
jennifer.wollenberg@morganlewis.com | www.morganlewis.com



**From:** Max Rodriguez <max@maxrodriguez.law>
**Sent:** Thursday, April 16, 2026 6:06 PM
**To:** Bianca Beam <bianca@maxrodriguez.law>; Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>; Sasha Jones <sasha@janove.law>; Raphael Janove <raphael@janove.law>; Alex Castro <Alex@maxrodriguez.law>
**Cc:** Brian Alpiger <balpiger@familylaw-tx.com>; Kelly Hollingsworth <kelly@familylaw-tx.com>; Allison Luttrell <aluttrell@familylaw-tx.com>; Baruch, Douglas W. <douglas.baruch@morganlewis.com>
**Subject:** Re: Motion to Compel (1st RFPs and 1st Interrogatories) - Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland)

[EXTERNAL EMAIL]
Counsel,

Per Judge Gallagher's instruction, please let us know your availability for a final meet and confer concerning the motion to compel on Monday 4/20 or Tuesday 4/21.

Thanks,
Max

---

**From:** Bianca Beam <bianca@maxrodriguez.law>
**Date:** Monday, April 13, 2026 at 10:09 PM
**To:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>, Max Rodriguez <max@maxrodriguez.law>, Sasha Jones <sasha@janove.law>, Raphael Janove <raphael@janove.law>, Alex Castro <Alex@maxrodriguez.law>
**Cc:** Brian Alpiger <balpiger@familylaw-tx.com>, Kelly Hollingsworth <kelly@familylaw-tx.com>, Allison Luttrell <aluttrell@familylaw-tx.com>, Baruch, Douglas W. <douglas.baruch@morganlewis.com>
**Subject:** Re: Motion to Compel (1st RFPs and 1st Interrogatories) - Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland)
Counsel,

Please find attached Relator's reply brief, reply declaration, and additional exhibits on the motion to compel. Per the local rules, we will be filing the bundled motion papers for all parties shortly.

Best,

Bianca

**BIANCA BEAM**
Associate
(she/her/hers)



575 5th Avenue
14th Floor
New York, NY 10017

T 646-741-4252
bianca@maxrodriguez.law
www.maxrodriguez.law

This message is confidential and may be legally privileged or otherwise protected from disclosure.  If you are not the intended recipient, please telephone or email the sender and delete this message and any attachments from your system; you must not copy or disclose the contents or any attachments to any other person.

**From:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>
**Sent:** Thursday, April 9, 2026 10:26 PM
**To:** Max Rodriguez <max@maxrodriguez.law>; Sasha Jones <sasha@janove.law>; Raphael Janove <raphael@janove.law>; Alex Castro <Alex@maxrodriguez.law>; Bianca Beam <bianca@maxrodriguez.law>
**Cc:** Brian Alpiger <balpiger@familylaw-tx.com>; Kelly Hollingsworth <kelly@familylaw-tx.com>; Allison Luttrell <aluttrell@familylaw-tx.com>; Baruch, Douglas W. <douglas.baruch@morganlewis.com>
**Subject:** RE: Motion to Compel (1st RFPs and 1st Interrogatories) - Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland)

Counsel –

Please see the attached.

Regards,


**Jennifer M. Wollenberg**

**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541

Direct: +1.202.739.5313 | Main: +1.202.739.3000 | Fax: +1.202.739.3001

Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com


101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6697 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com
jennifer.wollenberg@morganlewis.com | www.morganlewis.com

    

**From:** Max Rodriguez <max@maxrodriguez.law>
**Sent:** Thursday, March 26, 2026 5:57 PM
**To:** Baruch, Douglas W. <douglas.baruch@morganlewis.com>; Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>
**Cc:** Sasha Jones <sasha@janove.law>; Brian Alpiger <balpiger@familylaw-tx.com>; Kelly Hollingsworth <kelly@familylaw-tx.com>; Alex Castro <Alex@maxrodriguez.law>; Bianca Beam <bianca@maxrodriguez.law>; Raphael Janove <raphael@janove.law>; Allison Luttrell <aluttrell@familylaw-tx.com>
**Subject:** Motion to Compel (1st RFPs and 1st Interrogatories) - Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland)

[EXTERNAL EMAIL]
Jennifer and Doug,

Pursuant to Local Rule 104.8, attached please find Relator's motion to compel and associated materials. Once the motion is fully briefed, including presumably Amentum and URS' opposition, and Relator's reply if needed, we will file the bundled motion materials with the court. When you serve your opposition, please do so in reply to this email for simplicity and ease of organization.

Thanks,
Max

**MAX RODRIGUEZ**
Principal and Founder
(he/him/his)

575 5th Avenue
14th Floor
New York, NY 10017

T 646-741-5167
max@maxrodriguez.law
www.maxrodriguez.law

This message is confidential and may be legally privileged or otherwise protected from disclosure.  If you are not the intended recipient, please telephone or email the sender and delete this message and any attachments from your system; you must not copy or disclose the contents or any attachments to any other person.
CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error,

please contact the sender immediately and delete all copies from your system.