# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ADAM JOSEPHS, <br><br> Plaintiff, <br><br> v. <br><br> AMENTUM SERVICES, INC. *et al.*, <br><br> Defendants. | Case No. 1:25-cv-01477-SAG-CJC |

## <u>DECLARATION OF RAPHAEL JANOVE IN SUPPORT OF RELATORS'S MOTION FOR STATUS CONFERENCE</u>

I, Raphael Janove, hereby declare as follows:

1. I make this declaration in support of Relator's Motion for Status Conference.

2. I am admitted to practice before this Court.

3. I am a partner in the law firm Janove PLLC, counsel of record for Relator Josephs. Based on my personal knowledge, I assert the facts set forth herein and, if called upon as a witness, I could and would competently testify thereto.

4. Attached hereto as **Exhibit A** is a true and correct copy of an email correspondence with the Amentum Defendants' counsel from February 9, 2026 to July 8, 2026.

5. Attached hereto as **Exhibit B** is a true and correct copy of an email correspondence with the Amentum Defendants' counsel from July 8, 2026.

6. Attached hereto as **Exhibit C** is a true and correct copy of the draft Joint Status Report outlining Relator's position, sent from Relator's counsel to Defendants' counsel on July 8, 2026.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on July 9, 2026.

/s/ *Raphael Janove*
Raphael Janove