EXHIBIT B

**Subject:** Re: Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland) - Status Report DUE TODAY

**Date:** Wednesday, July 8, 2026 at 8:00:04 PM Eastern Daylight Time

**From:** Max Rodriguez

**To:** Jennifer M. Wollenberg

**CC:** Raphael Janove, Bianca Beam, Kelly Hollingsworth, Allison Luttrell, Madison Easterlin, Brian Alpiger, Douglas W. Baruch

Jennifer,

I am not filing a premature joint status report that does not state and preserve relator's positions as drafted. If you don't want to respond, that's your decision, but you don't get to edit another party's positions.

If you have additions, not deletions, that you would like to add stating your position, please send them in the next 20 minutes. Otherwise we will not be filing anything today because this status report is not due today and you are the one insisting on filing it.

Thanks,
Max

Sent from my iPhone

> On Jul 8, 2026, at 7:35 PM, Wollenberg, Jennifer M.
> <jennifer.wollenberg@morganlewis.com> wrote:
>
>
> Counsel –
>
> We do not understand what you mean when you say in the draft JSR that "the prior discovery schedule was unambiguously suspended and made subject to an extension by Judge Gallagher." We have one scheduling order in this case, ECF 102. It specifies that the parties provide a specific status report by a date certain. Judge Gallagher entered another order modifying the deadlines in the Scheduling Order, ECF 117, specifying that the modified deadline for submission of the status report is July 8, 2026. The Order specifies that the deadlines are subject to modification or suspension if the motion to compel is refiled, but it does not say that the deadlines are automatically suspended. Notwithstanding the re-filed motion to compel, Relator did not take any action to modify the July 8 deadline (or any other deadline for that matter). Accordingly, we don't understand how Relator can simply presume that he does not need to comply with the status report deadline.
>
> As for the content of the JSR, it should be limited to straightforward answers to the questions specified by the Court. This JSR is not a vehicle for argument or casting aspersions or seeking any other relief. The attached revised draft removes such verbiage

from the JSR and simply responds to the listed matters.  You have our permission to file the attached.

Regards,


**Jennifer M. Wollenberg**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5313 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com

101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6697 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com
jennifer.wollenberg@morganlewis.com | www.morganlewis.com

---

**From:** Max Rodriguez <max@maxrodriguez.law>
**Sent:** Wednesday, July 8, 2026 5:29 PM
**To:** Wollenberg, Jennifer M. <jennifer.wollenberg@morganlewis.com>; Raphael Janove <raphael@janove.law>; Bianca Beam <bianca@maxrodriguez.law>; Kelly Hollingsworth <kelly@familylaw-tx.com>; Allison Luttrell <aluttrell@familylaw-tx.com>; Madison Easterlin <measterlin@familylaw-tx.com>; Brian Alpiger <balpiger@familylaw-tx.com>
**Cc:** Baruch, Douglas W. <douglas.baruch@morganlewis.com>
**Subject:** Re: Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland) - Status Report DUE TODAY

[EXTERNAL EMAIL]
Jennifer,

For the reasons already referenced in Rafi's last email earlier today, today is not the deadline for the status report. Judge Gallagher's order suspended and extended those deadlines upon re-filing of the motion to compel. *See* ECF No. 117. It is therefore premature and of little benefit to the court to go through this exercise right now.

If despite Judge Gallagher's language suspending and extending the discovery deadlines upon re-filing the motion to compel, you maintain that a joint status report should be filed, we will provide Relator's positions while making our position clear.

Please see attached, which includes the language you provided below on behalf of your clients in the appropriate spots and inserts Relator's positions. Again, if you maintain this status report which is premature and not due today should be filed today anyway, please provide any additional insertions on

behalf of your clients no later than <u>7:30 pm EST</u> so that we can file at a reasonable hour.

Allison, if you have any insertions you wish to make, please send those as well.

Thanks,
Max

---

**From:** Wollenberg, Jennifer M. <<u>jennifer.wollenberg@morganlewis.com</u>>
**Date:** Wednesday, July 8, 2026 at 2:23 PM
**To:** Raphael Janove <<u>raphael@janove.law</u>>; Bianca Beam <<u>bianca@maxrodriguez.law</u>>; Max Rodriguez <<u>max@maxrodriguez.law</u>>; Kelly Hollingsworth <<u>kelly@familylaw-tx.com</u>>; Allison Luttrell <<u>aluttrell@familylaw-tx.com</u>>; Madison Easterlin <<u>measterlin@familylaw-tx.com</u>>; Brian Alpiger <<u>balpiger@familylaw-tx.com</u>>
**Cc:** Baruch, Douglas W. <<u>douglas.baruch@morganlewis.com</u>>
**Subject:** Josephs v. Amentum Services, Inc., No. 1:25-cv-01477 (D. Maryland) - Status Report DUE TODAY

Counsel –

Today is the deadline for a status report on the following. Below we provide the current positions of Defendants Amentum Services and URS. Please provide your availability with respect to the meeting discussed in e. below and send us the draft status report before filing for our review and approval.

    a.      Whether discovery has been completed
          · no

    b.      Whether any motions are pending
          · no

    c.      Whether any party intends to file a dispositive pretrial motion
          · yes

    d.      Whether the case is to be tried jury or non-jury and the anticipated length of trial
          · jury, 3 days

e.  A certification that the parties have met to conduct serious settlement negotiations; and the date, time and place of the meeting and the names of all persons participating therein
- Scheduled to occur via video conference on <mark>_____ at _____[we propose setting this within the next week]</mark>.  Relator will supplement this filing with the required certification promptly after that meeting (i.e., within 24 hours).

f.  Whether each party believes it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference, either before or after the resolution of any dispositive pretrial motion
- Relator: <mark>[insert]</mark>
- Amentum Services and URS: yes, at a later phase (e.g., after the resolution of any dispositive pretrial motion)
- Dallas Aviation: <mark>[insert]</mark>

g.  Whether all parties consent, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non jury) and entry of final judgment
- No

Regards,

**Jennifer M. Wollenberg**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5313 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com

101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6697 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Darwin Murillo | +1.202.739.5286 | darwin.murillo@morganlewis.com
jennifer.wollenberg@morganlewis.com | www.morganlewis.com

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.

<2026-07-08 Joint Status Report - updated ML.docx>