EXHIBIT C

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ADAM JOSEPHS, | Civil Action No.: 1:25-cv-01477-SAG |
| Plaintiff, | |
| v. | |
| AMENTUM SERVICES, INC., URS FEDERAL SERVICES INTERNATIONAL, INC., DYNCORP INTERNATIONAL LLC, DALLAS AVIATION, INC., TD SUPPLY SPECIALISTS, LLC, AND FREEDOM AIR INDUSTRIES, INC., | |
| Defendants. | |

## JOINT STATUS REPORT

Plaintiff-Relator Adam Josephs submits this joint status report at Defendants' request. Relator maintains that this status report is not due today, as the prior discovery schedule was unambiguously suspended and made subject to an extension by Judge Gallagher. *See* ECF No. 117. Relator will be separately filing a motion for a status conference, which further explains his position on the state of discovery in the case. Nevertheless, in an effort to engage in good faith and without waiver or concession, Relator provides his positions at this premature stage below.

Amentum Services and URS: [insert]

Dallas Aviation: [insert]

## Joint Submission

A. Whether discovery has been completed:

    a. **No.**

B. Whether any motions are pending:

a. **No.**

C. Whether any party intends to file a dispositive pretrial motion:

a. **Yes**.

D. Whether the case is to be tried jury or non-jury and the anticipated length of trial:

a. <u>Relator:</u> Jury, amount of time cannot yet be determined until fact discovery is complete. As mentioned above and explained in Judge Gallagher's order, this status report deadline was suspended and Defendants are insisting on submitting it prematurely.

b. <u>Amentum Services and URS:</u> Jury, 3 days.

c. <u>Dallas Aviation:</u> [insert]

E. A certification that the parties have met to conduct serious settlement negotiations; and the date, time and place of the meeting and the names of all persons participating therein.

a. <u>Relator:</u> This has not yet been scheduled. Relator expressed interest in an early settlement conference in February by engaging in streamlined production that would inform the ability to make an early demand, but Defendants refused. Relator remains willing to promptly hold a settlement conference, but outstanding discovery deficiencies (both related to the motion to compel and predating it) are frustrating the ability to move forward with settlement discussions. Indeed, the Amentum Defendants have not yet made any productions to comply with the June 22, 2026 order granting in part the motion to compel. This will be discussed in Relator's forthcoming motion for a status conference.

b. <u>Amentum Services and URS:</u> [insert]

c. <u>Dallas Aviation:</u> [insert]

F. Whether each party believes it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference, either before or after the resolution of any dispositive pretrial motion.

a. <u>Relator:</u> Yes, after Defendants make substantial progress on their outstanding discovery obligations, and the Amentum Defendants comply with the Court's June 22, 2026 discovery order, which will be further explained in Relator's forthcoming motion.

b. <u>Amentum Services and URS:</u> yes, at a later phase (e.g., after the resolution of any dispositive pretrial motion)

c. <u>Dallas Aviation:</u> [insert]

G. Whether all parties consent, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non jury) and entry of final judgment:

a. **No.**

Dated: July ==XX==, 2026               Respectfully submitted,

**LAW OFFICE OF MAX RODRIGUEZ PLLC**

By:＿＿＿*DRAFT*＿＿＿＿＿＿
　　　　Max E. Rodriguez (admitted pro hac vice)
　　　　Bianca Beam (Bar ID 31709)

575 5th Avenue, 14th Floor

New York, NY 10017
Tel: (646) 741-5167
max@maxrodriguez.law
bianca@maxrodriguez.law

**JANOVE PLLC**

By:_____*/s/ DRAFT*_____
   Raphael Janove (Bar ID 31824)

500 7th Avenue, 8th Floor
New York, NY 10018
Tel: (646) 347-3940
raphael@janove.law


*Attorneys for Plaintiff-Relator Adam Josephs*