**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ADAM JOSEPHS, <br><br> Plaintiff, <br><br> v. <br><br> AMENTUM SERVICES, INC. *et al.*, <br><br> Defendants. | Civil Action No.: 1:25-cv-01477-SAG-CJC |

### [PROPOSED] ORDER GRANTING
### STATUS CONFERENCE

After considering Plaintiff-Relator's Motion for Status Conference, Relator's

motion for a status conference is hereby GRANTED. The Status Conference will be held

on _____, 2026, at _____.


It is so ORDERED.

DATED this _____ day of ____, _____.


_____

Hon. Chelsea J. Crawford
United States Magistrate Judge