## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

UNITED STATES OF AMERICA *ex rel.*
ADAM JOSEPHS,

               Plaintiff,

      v.

AMENTUM SERVICES, INC., *et al.*,

               Defendants.

Civil Action No.: SAG-25-1477

## ORDER GRANTING
## STATUS CONFERENCE

After considering Plaintiff-Relator's Motion for Status Conference, Relator's motion for a status conference is hereby GRANTED. The Status Conference will be held on July 17, 2026, at 12 p.m.

It is so ORDERED.

DATED this 10th day of July, 2026.

_____
Chelsea J. Crawford
United States Magistrate Judge