**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ADAM JOSEPHS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. SAG-25-1477 |
| AMENTUM SERVICES, INC., *et al.*, | * | |
| Defendants. | * | |

**ORDER**

For the reasons stated on the record during the July 17, 2026, Status Conference:

1.  Plaintiff's request to compel Defendant Dallas Aviation, Inc. to reproduce the discovery documents listed in Plaintiff's Position Statement, ECF No. 132 at 2, is DENIED;

2.  On July 24, 2026, at 2:30 p.m. Eastern Time, the parties shall meet and confer to resolve the remaining discovery disputes raised in Plaintiff's Position Statement. Dallas Aviation is excused from participation; and

3.  On July 27, 2026, the parties shall submit a joint status report advising the Court of the parties' meet and confer and the remaining disputes, if any, that the parties would like the Court to resolve.


Date: July 17, 2026

                                    _____/s/_____
                                    Chelsea J. Crawford
                                    United States Magistrate Judge