**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| Adam JOSEPHS,<br><br>Plaintiff,<br><br>v.<br><br>AMENTUM SERVICES, INC., et al.,<br><br>Defendants. | Civ. No. 1:25-cv-01477-SAG |

**JOINT STATUS REPORT**

Pursuant to Magistrate Judge Crawford's Order dated July 17, 2026, Relator Adam Josephs ("Relator") and Amentum Services, Inc. and URS Federal Services International, Inc. (the "Amentum Defendants") respectfully submit this Joint Status Report "advising the Court of the parties' meet and confer and the remaining disputes, if any, that the parties would like the Court to resolve." ECF 136.

Relator and the Amentum Defendants hereby report as follows:

1. Relator and the Amentum Defendants met and conferred to resolve the remaining discovery disputes raised in Plaintiff's Position Statement (ECF 132).[1]
2. At this time, Relator and the Amentum Defendants advise the Court that they do not require Court intervention to resolve any of the disputes raised in Plaintiff's Position Statement.

[1] Per the Court's Order, Defendant Dallas Aviation was excused from participation in the meet and confer.

Date: July 27, 2026

Respectfully submitted,

*/s/ Max Rodriguez*
**Law Office of Max Rodriguez PLLC**
575 5th Avenue, 14th Floor
New York, NY 10017
Phone: (646) 741-5167
max@maxrodriguez.law

*Counsel for Relator Adam Josephs*

*/s/ Douglas W. Baruch (by permission)*
Douglas W. Baruch (Bar No. 012554)
Jennifer M. Wollenberg (*pro hac vice*)
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue NW
Washington, DC 20004
Phone: (202) 739-3000
Fax: (202) 739-3001
douglas.baruch@morganlewis.com
jennifer.wollenberg@morganlewis.com

*Counsel for Amentum Services, Inc. and URS Federal Services International*